THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v KEITH FAGAN, Respondent.

Submitted May 16, 2016; decided June 2, 2016

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 120 Wall Street, 28th Floor, New York, NY 10005 assigned as counsel to the respondent on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS FARMER, Appellant.

Submitted May 23, 2016; decided June 2, 2016

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE P. FRUMUSA, Also Known as JOHN DOE, Appellant.

Submitted May 9, 2016; decided June 2, 2016

Motion for assignment of counsel granted and Timothy P. Donaher, Esq., Monroe County Public Defender, 10 N. Fitzhugh Street, Rochester, New York 14614 assigned as counsel to the appellant on the appeal herein.